UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CLOSED CIVIL CASE

Case No. 09-14427-CIV-GRAHAM/WHITE
07-14035-CR-GRAHAM/WHITE

CALVIN GODWIN,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Movant Calvin Godwin's Motion to Vacate Sentence [D.E. 1], pursuant to 28 U.S.C. §2255.

Movant Godwin filed his Motion to Vacate asserting multiple claims of ineffective assistance of counsel [D.E. 1]. The case was referred to the Honorable United States Magistrate Judge Patrick A. White by the Clerk's Order [D.E. 2]. The Magistrate Judge recommended that Movant's motion be denied for failure to allege facts sufficient to show that counsel was deficient or that the movant suffered prejudice therefrom under <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).

**THE COURT** has conducted a <u>de novo</u> review of the file and is otherwise fully advised in the premises.

The Magistrate Judge issued a Report recommending that the Motion to Vacate be denied [D.E. 19]. Petitioner filed no

Objections to the Magistrate Judge's Report.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 19] is **RATIFIED, AFFIRMED and APPROVED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Movant's Amended Motion to Vacate Sentence pursuant to 28 U.S.C. §2255 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___19th___ day of October, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge White
     All Counsel of Record
     Calvin Godwin, Pro Se